# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 17-18384-AMC

PRUDENCE TRACY-ANN BERNARD-TYNES

353 N EDGEWOOD STREET

PHILADELPHIA, PA 19139-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    PRUDENCE TRACY-ANN BERNARD-TYNES

    353 N EDGEWOOD STREET

    PHILADELPHIA, PA 19139-

**Counsel for debtor(s), by electronic notice only.**
    GEORGETTE MILLER
    335 EVESHAM AV

    LAWNSIDE, NJ 08045-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

    /s/ William C. Miller

Date: 2/15/2018

    _____
    William C. Miller, Esquire
    Chapter 13 Standing Trustee