# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 17-18384-AMC

PRUDENCE TRACY-ANN BERNARD-TYNES

353 N EDGEWOOD STREET

PHILADELPHIA, PA 19139-

        Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

PRUDENCE TRACY-ANN BERNARD-TYNES

353 N EDGEWOOD STREET

PHILADELPHIA, PA 19139-

Counsel for debtor(s), by electronic notice only.

GEORGETTE MILLER
335 EVESHAM AV

LAWNSIDE, NJ 08045-

Date: 3/22/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee