**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Prudence Tracy-Ann Bernard-Tynes        Chapter 13

    Debtor        BANKRUPTCY NO: 17-18384AMC

## AMENDED **PRAECIPE**

Kindly relist the above captioned Chapter 13 Bankruptcy Case for a confirmation hearing to August 14, 2018 at 10:00 a.m.

`       Respectfully submitted,

/s/ William C. Miller

Date; May 29, 2018        _____

William C. Miller, Esquire
Chapter 13 Standing Trustee