*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Prudence Tracy−Ann Bernard−Tynes
    Debtor(s)

Case No: 17−18384−amc
Chapter: 13

---

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 8/21/18 at 10:00 AM , in Courtroom #5, 900 Market Street, Philadelphia, PA 19107



For The Court

Timothy B. McGrath
Clerk of Court

31 − 24
Form 152