United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-18384-amc
Prudence Tracy-Ann Bernard-Tynes                                      Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: ChrissyW          Page 1 of 2           Date Rcvd: May 29, 2018
                             Form ID: 152            Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2018.
```
db            +Prudence Tracy-Ann Bernard-Tynes,    353 N Edgewood Street,    Philadelphia, PA 19139-1117
14027785       Best Buy,   Capital One Retail Services,    P.O. Box 71106,    Charlotte, NC 28272-1106
14027786      +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
               Salt Lake City, UT 84130-0285
14027787      +Citizens Bank,    1 Citizens Dr,   Riverside, RI 02915-3000
14027788       Citizens Bank,    Po Box 42002,   Providence, RI 02940-2002
14055696      +Citizens Bank of Pennsylvania,    10561 Telegraph Road,    Glen Allen, VA 23059-4577
14027789      +Comenity Bank/Ashley Stewart,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
14027790      +Comenity Bank/Lane Bryant,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
14027791      +Comenity Bank/womnwthn,    Po Box 182789,    Columbus, OH 43218-2789
14027792      +Comenitybank/venus,    Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
14027793      +Comenitycapital/gmstop,    Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
14027794      +Comenitycapital/modell,    Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
14038447      +MIDFIRST BANK,    c/o MATTEO SAMUEL WEINER,    KML Law Group, P.C.,    701 Market Street,
               Suite 5000,    Philadelphia, PA 19106-1541
14056264      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
14027799      +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    Po Box 26648,
               Oklahoma City, OK 73126-0648
14027800      +PECO,   PO Box 37629,    Philadelphia, PA 19101-0629
14027801      +PGW,   PO Box 11700,    Newark, NJ 07101-4700
14027802      +Target,    C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
14027805      +Water Revenue Bureau,    1401 JFK Boulevard,    Philadelphia, PA 19102-1663
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov May 30 2018 02:06:34     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 30 2018 02:06:09
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 30 2018 02:06:23     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14035866       E-mail/Text: ally@ebn.phinsolutions.com May 30 2018 02:05:50     Ally Bank,    PO Box 130424,
               Roseville MN 55113-0004
14027784      +E-mail/Text: ally@ebn.phinsolutions.com May 30 2018 02:05:50     Ally Financial,
               Attn: Bankruptcy,    Po Box 380901,    Bloomington, MN 55438-0901
14027786      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 30 2018 02:02:13     Capital One,
               Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14027789      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 30 2018 02:05:57
               Comenity Bank/Ashley Stewart,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
14027790      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 30 2018 02:05:57     Comenity Bank/Lane Bryant,
               Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
14027791      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 30 2018 02:05:57     Comenity Bank/womnwthn,
               Po Box 182789,    Columbus, OH 43218-2789
14027792      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 30 2018 02:05:57     Comenitybank/venus,
               Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
14027793      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 30 2018 02:05:57     Comenitycapital/gmstop,
               Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
14027794      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 30 2018 02:05:57     Comenitycapital/modell,
               Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
14027795      +E-mail/PDF: pa_dc_ed@navient.com May 30 2018 02:02:13     Dept Of Ed/Navient,
               Attn: Claims Dept,    P.O. Box 9635,    Wilkes Barr, PA 18773-9635
14032158       E-mail/Text: mrdiscen@discover.com May 30 2018 02:05:51     Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14027796      +E-mail/Text: mrdiscen@discover.com May 30 2018 02:05:51     Discover Financial,    Po Box 3025,
               New Albany, OH 43054-3025
14054655      +E-mail/Text: bankruptcydpt@mcmcg.com May 30 2018 02:06:15     MIDLAND FUNDING LLC,
               PO BOX 2011,    WARREN, MI 48090-2011
14027797      +E-mail/Text: bankruptcydpt@mcmcg.com May 30 2018 02:06:15     Midland Credit Management,
               2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
14027798      +E-mail/Text: bankruptcydpt@mcmcg.com May 30 2018 02:06:15     Midland Funding,
               2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
14068705       E-mail/PDF: pa_dc_claims@navient.com May 30 2018 02:02:24
               Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
               Wilkes-Barre, PA 18773-9635
14057663       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 30 2018 02:02:23
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14056325       E-mail/Text: bnc-quantum@quantum3group.com May 30 2018 02:05:58
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
14059454       E-mail/Text: bnc-quantum@quantum3group.com May 30 2018 02:05:58
               Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
14060261      +E-mail/Text: bncmail@w-legal.com May 30 2018 02:06:19     TD Bank USA, N.A.,
               C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
```

```
District/off: 0313-2          User: ChrissyW          Page 2 of 2          Date Rcvd: May 29, 2018
                              Form ID: 152            Total Noticed: 37
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14027803         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 30 2018 02:05:49
                  Verizon,   Verizon Wireless Bankruptcy Administrati,   500 Tecnolgy Dr Ste 500,
                  Weldon Springs, MO 63304-2225
14027804          E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 30 2018 02:05:49
                  Verizon,   PO BOX 15124,   Albany, NY 12212-5124
                                                                                              TOTAL: 25

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2018 at the address(es) listed below:
```
              GEORGETTE   MILLER    on behalf of Debtor Prudence Tracy-Ann Bernard-Tynes
               info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              MARY F. KENNEDY    on behalf of Creditor    Citizens Bank of Pennsylvania mary@javardianlaw.com,
               tami@javardianlaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Prudence Tracy−Ann Bernard−Tynes
    Debtor(s)

Case No: 17−18384−amc
Chapter: 13

___

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 8/14/18 at 10:00 AM , in Courtroom #5, 900 Market Street, Philadelphia, PA 19107

    For The Court

    Timothy B. McGrath
    Clerk of Court

33 − 24
Form 152