Certificate Number: 15317-PAE-DE-035745687

Bankruptcy Case Number: 17-18384



15317-PAE-DE-035745687

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 9, 2021, at 6:15 o'clock PM PDT, Prudence Tracy-Ann Bernard-Tynes completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 9, 2021                    By:    /s/Ralph Hongria

                                       Name:  Ralph Hongria

                                       Title: Credit Counselor