B283 (Form 283) (04/13)

# UNITED STATES BANKRUPTCY COURT

       Eastern       **District Of**   Pennsylvania

**In re** Prudence Bernard-Tynes       **Case No.** 17-18384
           Debtor

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☒　I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐　I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address: _____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☒　I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

☐　I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

---

*\*Amounts are subject to adjustment on 4/01/16, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

*Part IV. Debtor's Signature*

    I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on  2021-07-06
             Date

*Prudence Bernard-Tynes*
             Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Prudence Bernard-Tynes     :    Chapter 13
:
:
:
:
        Debtor    :    Bankruptcy No. 17-18384

**PRE-DISCHARGE CERTIFICATION
OF COMPLIANCE WITH PROVISIONS OF
11 U.S.C. SECTIONS 1328**

Debtor(s), __Prudence Bernard-Tynes_____, upon my/our oath a̶c̶c̶o̶r̶d̶i̶n̶g̶ Tynes to law, hereby certify as follows in connection with my/our request for a discharge in the above-captioned case ("Case"): (Check all applicable statements and provide all required information)

  1. I/We have made our final payment in the Case and I/We are requesting the Court to issue a discharge in the Case.

  2. I/We have completed an instructional course concerning personal financial management described in 11 U.S.C. §111 provided by the following entity, at the following address:
   on date 6/9/2021; Accessbk.org

  3.   __X__ A. I/We have not been required by a judicial or administrative order, or by statute to pay any domestic support obligation as defined in 11 U.S.C. §101(14A) either before the Case was filed or at any time after the filing of the Case.

   OR

[Note: If "B" is applicable, all information required in questions B.i through B.iv must be provided]

    __X__ B.i. I/We certify that prior to the date of this affidavit I/we have paid all amounts due under any domestic support obligation [as defined in 11 U.S.C. §101(14A)] required by a judicial or administrative order, or by statute including amounts due before the Case was filed, to the extent provided for by the plan.

Page 1 of 3

Document Ref: MQTSS-3E3MM-NFICZ-6FCAK                  Page 3 of 5

The name and address of each holder of a domestic support obligation is as follows:

_____ B.ii. My/Our most recent address is as follows:

_____ B.iii. The name and address of my/our most recent employer(s) is as follows:

_____ B.iv. The following creditors hold a claim that is not discharged under 11 U.S.C. §523 (a)(2) or (a)(4) or a claim that was reaffirmed under 11 U.S.C. §524 (c):

4. __X__ I/We have not received a discharge in a Chapter 7, 11 or 12 bankruptcy case during the 4-year period prior to the order for relief in the Case.

5. __X__ I/We have not received a discharge in another Chapter 13 bankruptcy case during the 2-year period prior to the order for relief in the Case.

6. __x__ A. I/We did not have either at the time of filing of the Case or at the present time, equity in excess of $125,000.00 in the type of property described in 11 U.S.C. § 522 (p)(1) [generally the debtor's homestead].

OR

_____ B. There is not currently pending any proceeding in which I [in an individual case] or either of us [in a joint case] may be found guilty of a felony of the kind described in 11 U.S.C. § 522 (q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. § 522 (q)(1)(B).

By this Certification, I/We acknowledge that all of the statements contained herein are

true and accurate and that the Court may rely on the truth of each of these statements in determining whether to grant me/us a discharge in the Case. The Court may revoke my discharge if the statements relied upon are not accurate.

/s/ *Prudence Bernard-Tynes*
Debtor

/s/ _____
Debtor

DATED: 2021-07-06

05/15//06

# Signature Certificate

Document Ref.: MQTSS-3E3MM-NFICZ-6FCAK

Document signed by:



**Prudence Tynes**

E-mail: pru30@hotmail.com

Signed via link

IP: 96.43.175.84    Date: 06 Jul 2021 15:34:04 UTC



Document completed by all parties on:
06 Jul 2021 15:34:04 UTC

Page 1 of 1



Signed with PandaDoc.com

PandaDoc is a document workflow and certified eSignature solution trusted by 25,000+ companies worldwide.

