# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 17-18384-ELF

PRUDENCE TRACY-ANN BERNARD-TYNES

353 N EDGEWOOD STREET

PHILADELPHIA, PA 19139-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    PRUDENCE TRACY-ANN BERNARD-TYNES

    353 N EDGEWOOD STREET

    PHILADELPHIA, PA 19139-

Counsel for debtor(s), by electronic notice only.

    GEORGETTE MILLER, ESQ.
    MARGOLIS EDELSTEIN
    170 S. INDEPENDENCE MALL W, STE 400
    PHILADELPHIA, PA 19106-

/S/ William C. Miller

Date: 8/23/2021

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee