United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Prudence Tracy-Ann Bernard-Tynes  
    Debtor

Case No. 17-18384-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Oct 12, 2021     Form ID: 138OBJ     Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Prudence Tracy-Ann Bernard-Tynes, 353 N Edgewood Street, Philadelphia, PA 19139-1117 |
| 14027785 | | Best Buy, Capital One Retail Services, P.O. Box 71106, Charlotte, NC 28272-1106 |
| 14055696 | + | Citizens Bank of Pennsylvania, 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 14038447 | + | MIDFIRST BANK, c/o MATTEO SAMUEL WEINER, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14027801 | + | PGW, PO Box 11700, Newark, NJ 07101-4700 |
| 14027802 | + | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 13 2021 03:30:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 13 2021 03:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 13 2021 03:30:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14035866 | | Email/Text: ally@ebn.phinsolutions.com | Oct 13 2021 03:30:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14027784 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 13 2021 03:30:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14027788 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 13 2021 03:30:00 | Citizens Bank, Po Box 42002, Providence, RI 02940-2002 |
| 14027787 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 13 2021 03:30:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |
| 14027786 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 13 2021 03:37:46 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14027789 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 13 2021 03:30:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14027790 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 13 2021 03:30:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14027791 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 13 2021 03:30:00 | Comenity Bank/womnwthn, Po Box 182789, Columbus, OH 43218-2789 |
| 14027792 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 13 2021 03:30:00 | Comenitybank/venus, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 14027793 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 13 2021 03:30:00 | Comenitycapital/gmstop, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |

Case 17-18384-elf   Doc 62   Filed 10/14/21   Entered 10/15/21 00:41:33   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 12, 2021 | Form ID: 138OBJ | Total Noticed: 37 |

| | | | |
|---|---|---|---|
| 14027794 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 13 2021 03:30:00 | Comenitycapital/modell, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 14027795 | + Email/PDF: pa_dc_ed@navient.com | Oct 13 2021 03:37:44 | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 14032158 | Email/Text: mrdiscen@discover.com | Oct 13 2021 03:30:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14027796 | + Email/Text: mrdiscen@discover.com | Oct 13 2021 03:30:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14054655 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 13 2021 03:30:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14056264 | + Email/PDF: ais.midfirst.ebn@americaninfosource.com | Oct 13 2021 12:02:12 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14027797 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 13 2021 03:30:00 | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 14027798 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 13 2021 03:30:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14027799 | + Email/PDF: ais.midfirst.ebn@americaninfosource.com | Oct 13 2021 03:37:44 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 14068705 | Email/PDF: pa_dc_claims@navient.com | Oct 13 2021 03:37:44 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14027800 | + Email/Text: bankruptcygroup@peco-energy.com | Oct 13 2021 03:30:00 | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14057663 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 13 2021 12:02:12 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14059454 | Email/Text: bnc-quantum@quantum3group.com | Oct 13 2021 03:30:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14056325 | Email/Text: bnc-quantum@quantum3group.com | Oct 13 2021 03:30:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14060261 | + Email/Text: bncmail@w-legal.com | Oct 13 2021 03:30:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14027804 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 13 2021 03:30:00 | Verizon, PO BOX 15124, Albany, NY 12212-5124 |
| 14027803 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 13 2021 03:30:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 14027805 | + Email/Text: megan.harper@phila.gov | Oct 13 2021 03:30:00 | Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

Case 17-18384-elf    Doc 62    Filed 10/14/21    Entered 10/15/21 00:41:33    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 12, 2021 | Form ID: 138OBJ | Total Noticed: 37 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2021           Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| GEORGETTE MILLER | on behalf of Debtor Prudence Tracy-Ann Bernard-Tynes Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| MARY F. KENNEDY | on behalf of Creditor Citizens Bank of Pennsylvania mary@javardianlaw.com coleen@javardianlaw.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Prudence Tracy−Ann Bernard−Tynes
    Debtor(s)

Case No: 17−18384−elf
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/12/21